UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CACH, LLC                                                    CIVIL ACTION NO:

VERSUS                                                       SECTION: 07-CV-147-JJB-CN

LAWANDA WILLIAMS a/k/a                                       MAGISTRATE/JUDGE:
LAWANDA ANN VALENTINE

---

### NOTICE OF REMOVAL

---

NOW INTO COURT comes Third Party Defendant, Chase Manhattan Bank, USA, N.A., now known as J.P. Morgan Chase Bank, N.A. ("Chase"), who hereby removes this lawsuit to this Honorable Court, and avers the following:

1.

On October 30, 2006, Cach, LLC ("Cach") initiated a lawsuit in the 21st Judicial District Court for the Parish of Livingston against Lawanda Williams a/k/a Lawanda Ann Valentine ("Williams"), captioned *"Cach, LLC versus Lawanda Williams a/k/a Lawanda Ann Valentine,"* No. 113830, Division F. A copy of Cach's "Petition for Sums Due" is attached hereto as Exhibit "1".

2.

On January 17, 2007, Williams filed an Answer and Third Party Demand, bringing Chase into this suit. Williams' Answer and Third Party Demand is attached hereto as Exhibit "2". The Answer and Third Party Demand was served on Chase's agent for service of process on February 2, 2007.



3.

All other pleadings that have been filed in the record in the 21st Judicial District Court in this matter are attached as Exhibit "3".

4.

As recited in Paragraph VI of Williams' Third Party Demand, Williams seeks "damages, costs and attorneys fees for the actions and omissions of Chase in violation of state and federal law." Williams also appears to attempt to state claims under the Fair Credit Reporting Act, 15 U.S.C. § 1681, as her petition alleges in Paragraph V that "Chase Manhattan Bank saw fit to destroy the credit of Ms. Williams in the face of their knowledge that they were doing so without justification."

5.

Because Williams has asserted federal claims in her Third Party Demand against Chase, this Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. § 1331.

6.

Because this Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1331, removal is proper under 28 U.S.C. § 1441(b), which dictates that "Any civil action of which the district courts have original jurisdiction founded on a claim or right arising under the Constitution, treaties or laws of the United States shall be removable without regard to the citizenship or residence of the parties." The fact that state law claims are asserted in addition to federal law claims does not prevent this case from being removable according to 28 U.S.C. § 1441(c), which provides that "Whenever a separate and independent claim or cause of action within the jurisdiction conferred by section 1331 of this title is joined with one or more otherwise non-removable claims or causes of action, the entire case may be removed and the district court

may determine all issues therein, or, in its direction, may remand all matters in which State law predominates."

7.

"[T]he Fifth Circuit has clearly held that a third-party defendant may avail itself of the removal statute." *National Fishing Tools, Inc. v. Galaxy Wireline, Inc.,* 1989 U.S. Dist. LEXIS 13117 at *4 (E.D.La. 1989), citing *Carl Heck Engineers v. LaFourche Police Parish,* 622 F.2d 133, 135 (5th Cir. 1980); *Marsh Investment Corp. v. Langford,* 652 F.2d 583, 584 (5th Cir. 1981) (per curium); cert denied, 102 S. Ct. 1037 (1982). The Fifth Circuit has "permitted third-party defendants to remove an action to federal court when the third-party complaint involves a federal question under § 1331 and presents 'a separate and independent claim'." *Johns, Pendleton & Assoc. v. Miranda, Warwick & Milazzo,* 2002 U.S. Dist. LEXIS 16733 (E.D. La. 2002).

8.

This Notice is timely under the provisions of 28 U.S.C. § 1446(b) because it was filed "within thirty days after receipt" of the pleading "from which it may first be ascertained that the case is one which is or has become removable."

9.

Copies of this Notice of Removal have been served on opposing counsel and filed with the Clerk of Court for the 21st Judicial District Court for the Parish of Livingston.

10.

WHEREFORE, Chase prays that the above action, now pending in the 21st Judicial District Court for the Parish of Livingston, be removed to the United States District Court for the Middle District of Louisiana.

Dated this 28th day of February, 2007.

By Attorneys:

Brandon K. Black (La. Bar No. 24298)
Heather N. Sharp (La. Bar No. 29987)
**Jones, Walker, Waechter, Poitevent,**
    **Carrère & Denègre, L.L.P.**
8555 United Plaza Boulevard
Baton Rouge, Louisiana 70809
Telephone: (225) 248-2128
Facsimile: (225) 248-3128

## CERTIFICATE

I hereby certify that a true and correct copy of the foregoing pleading has been served upon the following by First Class United States Mail, properly addressed and postage prepaid, this 26th day of February, 2007:

Mr. D. Michael Dendy
P.O. Box 740369
New Orleans, Louisiana 70174
*Attorney for Plaintiff, Cach, LLC*

William C. Rowe, Jr.
Rowe Law Firm
5157 Bluebonnet Boulevard
Baton Rouge, Louisiana 70809
*Attorney for Defendant and Third Party Plaintiff,*
*Lawanda Williams*

Brandon K. Black

21ST JUDICIAL DISTRICT COURT FOR THE PARISH OF LIVINGSTON

STATE OF LOUISIANA

NO.: 113530                                                          DIVISION

CACH, LLC

VERSUS

LAWANDA WILLIAMS a/k/a LAWANDA ANN VALENTINE

FILED:_____        _____

                                        DEPUTY CLERK

**PETITION FOR SUMS DUE**

THE PETITION of CACH, LLC, appearing through counsel undersigned hereto with respect represents:

**1.**

Defendant herein, LAWANDA WILLIAMS a/k/a LAWANDA ANN VALENTINE is a person of the full age of majority and a resident of the Parish of Livingston, State of Louisiana.

**2.**

Defendant is indebted unto plaintiff in the amount of Seven Thousand Seven Hundred One and 59/100 ($7,701.59) Dollars, the balance due at the time the account was purchased by plaintiff, plus reasonable attorney's fees, judicial interest and all costs of these proceedings for the reasons stated below.

**3.**

Defendant was issued a credit card by CHASE MANHATTAN BANK, hereinafter referred to as "Original Creditor".

**4.**

By issuing a credit card to Defendant, Original Creditor agreed to permit defendant or defendant's designee to make purchases on credit or to obtain cash advances by using the credit card, to be repaid in installments.

**5.**

Defendant and/or other persons used the card and, thus, obtained money from Original



Creditor.

## 6.

Defendant's or Defendant's designee's use of the credit card established an agreement to the terms of the credit card.

## 7.

Defendant did not dispute the billing statements from Original Creditor in writing within sixty (60) days of the date of the statements, as required by the terms and conditions of the credit card agreement and the Fair Credit Billing Act.

## 8.

By failure to dispute the credit card statement in a timely manner, defendant has waived the right to dispute the balance due, whether or not the defendant authorized the charges.

## 9.

The indebtedness was purchased for valuable consideration by CACH, LLC.

## 10.

The current amount due on said indebtedness, after credit for all payments has been given, is Seven Thousand Seven Hundred One and 59/100 ($7,701.59) Dollars.

## 11.

Additionally, Defendant has agreed to pay the reasonable attorney's fees of an attorney employed for the purpose of collecting this debt and/or defendant is liable to plaintiff for attorney's fees under the Louisiana Open Account Statute.

## 12.

This is an attempt to collect a debt.  Any information obtained will be used for that purpose. The undersigned is a debt collector.  It may be necessary to contact third parties to collect this debt.

**WHEREFORE**, plaintiff CACH, LLC, prays that defendant, LAWANDA WILLIAMS a/k/a LAWANDA ANN VALENTINE, be duly served and cited to appear and that, after due proceedings had, there be judgment herein in favor of plaintiff, CACH, LLC, and against the defendant, LAWANDA WILLIAMS a/k/a LAWANDA ANN VALENTINE, in the full and true sum of Seven Thousand Seven Hundred One and 59/100 ($7,701.59) Dollars, plus interest from date of judicial

demand, until paid, reasonable attorney's fees and all costs of these proceedings and that an Order of

this Court be issued allowing plaintiff's counsel to contact such third parties as may be necessary or

advantageous to effectuate any post-judgment judicial remedy.

Respectfully submitted,

**D. MICHAEL DENDY (4863)**
**LOUIS L. LUSCO II (24159)**
D. Michael Dendy, APLC
P. O. Box 740369
New Orleans, LA  70174
(504) 367-2040
Attorneys for:
CACH, LLC


**PLEASE SERVE:**

LAWANDA WILLIAMS a/k/a LAWANDA ANN VALENTINE
13552 S TRACE DR
WALKER, LA 70785-5628

21ST JUDICIAL DISTRICT COURT FOR THE PARISH OF LIVINGSTON

STATE OF LOUISIANA

NO.: 113830                                                        DIVISION

CACH, LLC

VERSUS

LAWANDA WILLIAMS a/k/a LAWANDA ANN VALENTINE

FILED:_____        _____
                                                 DEPUTY CLERK

### REQUESTS FOR ADMISSIONS, INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS

NOW COMES CACH, LLC, who propounds the following Requests for Admissions, Interrogatories and Requests for Production of Documents to Defendant, LAWANDA WILLIAMS a/k/a LAWANDA ANN VALENTINE.

### REQUEST FOR ADMISSION NO. 1

Please admit that you were the holder of a CHASE MANHATTAN BANK credit card.

### REQUEST FOR ADMISSION NO. 2

Please admit that the total of principal, interest and late charges due on that credit card is Seven Thousand Seven Hundred One and 59/100 ($7,701.59) Dollars after due credits for all payments have been given.

### INTERROGATORY NO. 1

If you deny Request for Admission No. 2 above, please state the amount you contend is due on said account.

### REQUEST FOR PRODUCTION NO. 1

If you deny either Requests for Admissions 1 or 2 above, please produce at the office of the undersigned, within the delays provided by the Louisiana Code of Civil Procedure, the following documents:

    a)       all documents reflecting billings from CHASE MANHATTAN BANK for any credit card, line of credit or other installment obligations; and

b)      all documents including bank records, canceled checks, bank

statements, etc., reflecting any payments made by you to

CHASE MANHATTAN BANK on said obligations.

### INTERROGATORY NO. 2

Please state whether you disputed the billing statements from CHASE MANHATTAN

BANK in writing within sixty (60) days of your receipt of those statements.

### REQUEST FOR PRODUCTION NO. 2

Please produce for inspection and copying, at the offices of the undersigned, within the delays

allowed by the Louisiana Code of Civil Procedure, all documents or written materials in your

possession relating to said dispute.

Respectfully submitted,

**D. MICHAEL DENDY (4863)**
**LOUIS L. LUSCO II (24159)**
D. Michael Dendy, APLC
P. O. Box 740369
New Orleans, LA  70174
(504) 367-2040
Attorneys for:
CACH, LLC

**PLEASE SERVE:**

LAWANDA WILLIAMS a/k/a LAWANDA ANN VALENTINE
13552 S TRACE DR
WALKER, LA 70785-5628

21st JUDICIAL DISTRICT COURT FOR THE PARISH OF LIVINGSTON

STATE OF LOUISIANA

NO.:   113830                                                            DIV. "F"

CACH, LLC

VERSUS

LAWANDA WILLIAMS a/k/a LAWANDA ANN VALENTINE

FILED: _____          _____
                                                      DEPUTY CLERK

## ANSWER AND THIRD PARTY DEMAND

NOW INTO COURT, through undersigned counsel, comes LAWANDA WILLIAMS a/k/a

LAWANDA ANN VALENTINE, who responds to the Petition for Sums Due filed by Cach, LLC

as follows:

1.

The allegations contained in Paragraph 1 of the petition are admitted as to status and

domicile.

2.

The allegations contained in Paragraph 2 are denied.

3.

The allegations contained in Paragraph 3 are admitted.

4.

The allegations contained in Paragraph 4 are admitted except and until the execution of the

community property settlement between Lawanda Williams and her husband, Raymond Williams

on March 31, 2001.

5.

It is admitted that the debtor used the credit card up until the community property settlement

was executed, whereupon she informed Chase Manhatten Bank that the account was to be closed and

no one should be allowed to continue to charge against that account.

6.

The allegations contained in Paragraph 6 are denied in that defendant was not receiving

statements from the original creditor until her ex-husband, Raymond Williams, died in November

EXHIBIT
2

of 2004 and stopped making payments pursuant to the community property settlement that was dated March 31, 2001 and forwarded to the original creditor at that time.  Thereafter, when the account became delinquent, the original creditor began to harass Lawanda Williams regarding the payment of amounts due on the account that the original creditor had allowed Mr. Williams to run up without authority.

7.

The allegations contained in Paragraph 7 are denied.

8.

The allegations contained in Paragraph 8 are denied.

9.

The allegations contained in Paragraph 9 are denied.

10.

The allegations contained in Paragraph 10 are denied.

11.

The allegations contained in Paragraph 11 are denied.

12.

The allegations contained in Paragraph 12 require no response from this defendant.

13.

Wherein, defendant asserts and preserves all affirmative defenses for its benefit against this defendant and against its ancestor title that fraudulently transferred this account knowing that there is no valid debt represented in the amounts prayed for.

WHEREFORE, defendant, Lawanda Williams a/k/a Lawanda Ann Valentine prays that this matter be dismissed with prejudice at plaintiffs' costs.

Now appearing in the position of third party plaintiff, Lawanda Williams a/k/a Lawanda Ann Valentine names as defendant herein Chase Manhattan Bank, USA, N.A.

I.

Based upon the prior allegations in this Answer, Lawanda Williams at all times communicated repeatedly with Chase Manhatten Bank that the account was terminated with the community property settlement and was to be paid by her former husband, Raymond Williams.

II.

Mr. Williams continued to make payments to the account and in fact paid the amounts that were due and owing at the time of the community property settlement dated March 31, 2001.

III.

Thereafter, the original creditor saw fit to extend credit to Mr. Raymond Williams under the name of Lawanda Williams, without authority.

IV.

Repeated conversations between counsel for Ms. Williams and Chase Manhatten Bank confirmed that Chase Manhatten agreed that Ms. Williams would owe no funds beyond those cut off at the date of the community property settlement.

V.

Despite this acknowledgment by several employees of Chase Manhatten Bank, not only was the obligation forwarded to collection after that original community obligation was satisfied, and superceded, and novated by the obligations of Raymond Williams, but Chase Manhatten Bank saw fit to destroy the credit of Ms. Williams in the face of their knowledge that they were doing so without justification.

VI.

Lawanda Williams is entitled to damages, costs and attorneys fees for the actions and omissions of Chase in violation of state and federal law.

WHEREFORE, Ms. Williams prays for all damages, costs and attorneys' fees appropriate under state and federal law and available under the offered premises.

BY ATTORNEYS:

ROWE LAW FIRM
(A Limited Liability Company)
5157 Bluebonnet Blvd.
Baton Rouge, LA 70809
Telephone: (225) 293-8787
Facsimile: (225) 293-7668

By _____
William C. Rowe, Jr. #18415
Adras Paul LaBorde, III #21580
David M. Lefeve #20920
Sherri A. Young #26758
David C. Bolton #30344

Page -3-

**PLEASE SERVE:**

CHASE MANHATTAN BANK
through its agent for service of process

8550 United Plaza Blvd
Baton Rouge, LA 70809

## CERTIFICATE

I hereby certify that a true and correct copy of the above and foregoing has this day been served, by United States Mail, postage prepaid, to the following:

Mr. D. Michael Dendy

Mr. Louis L. Lusco, II

P. O. Box 740369

New Orleans, LA 70174

Baton Rouge, Louisiana, this _5th_ day of ___January___ 2007.

_William C. Rowe, Jr._
William C. Rowe, Jr.

LIVINGSTON

STATE OF LOUISIANA

NO.: 113830                                        DIVISION "F"

CACH, LLC

VERSUS

LAWANDA WILLIAMS A.K.A LAWANDA ANN VALENTINE

FILED: _____      _____
                                                    DEPUTY CLERK

## MOTION FOR PRELIMINARY DEFAULT

**ON MOTION OF** D. Michael Dendy, Attorney for the Plaintiff, and on suggesting to the

court that a citation was served personally on the 6th day of November 2006, upon LAWANDA

WILLIAMS A.K.A LAWANDA ANN VALENTINE, defendant herein, and the said defendant

having failed to appear to file an Answer hereto, and the legal delays for so answering having

elapsed, it is ordered by the Court that a **PRELIMINARY DEFAULT** be entered therein.

*Denied and* signed this _29th_ day of _January_, 2007.

_____
                                                    JUDGE

SCANNED

Respectfully submitted:

_____
**D. MICHAEL DENDY (4863)**
**LOUIS L. LUSCO II (24159)**
D. Michael Dendy, APLC
P. O. Box 740369
New Orleans, LA 70174
(504) 367-2040
Attorneys for: CACH, LLC

1/23/07

\* An Answer and Third Party Demand was filed
by Lawanda Williams a/k/a Lawanda Ann Valentine
on 1/17/2007 @ 12:16 pm.

C. Wascom
Deputy Clerk of Court   Livingston Pa...

EXHIBIT
3

ACCOUNT NUMBER: 5491 0401 7003 4699

| PAYMENT DUE DATE 09/10/2001 | NEW BALANCE $2,924.16 | MINIMUM DUE $58.00 |

LAWANDA WILLIAMS
8120A HENDRICK DR
BATON ROUGE LA 70817-5743

# Facsimile Copy

6170

## CHASE

Chase Platinum MasterCard®
ACCOUNT NUMBER: 5491 0401 7003 4699

| NEW BALANCE | PAYMENT DUE DATE | TOTAL CREDIT LINE | TOTAL AVAILABLE CREDIT | STATEMENT CLOSING DATE |
|---|---|---|---|---|
| $2,924.16 | 09/10/2001 | $8,200 | $5,275 | 08/16/2001 |

### Here is your Account Summary:

| | TOTAL |
|---|---|
| Previous Balance | $3,002.63 |
| (-) Payments, Credits | 100.00 |
| (+) Purchases, Cash, Debits | 0.00 |
| (+) FINANCE CHARGES | 21.53 |
| (=) New Balance | 2,924.16 |
| Minimum Payment Due | $58.00 |

### Here are your Charges and Credits at a glance:

| TRAN DATE | POST DATE | REF NO | DESCRIPTION OF TRANSACTIONS | CREDITS | CHARGES |
|---|---|---|---|---|---|
| 07/27 | 07/27 | D6XP | PAYMENT THANK YOU | 100.00 | |
| | | | Total of your credits and charges | 100.00 | 0.00 |

CONGRATULATIONS! BECAUSE YOU ARE A VALUED CUSTOMER, YOUR CREDIT LINE HAS BEEN INCREASED. PLEASE NOTE YOUR NEW LIMIT ON THIS STATEMENT
CHASE IS A PROUD SPONSOR OF THE 2001 HISPANIC HERITAGE AWARDS.

### Here's how we determined your Finance Charge*:   Days in Billing Cycle: 30

| | DAILY PERIODIC RATE | AVERAGE DAILY BALANCE | PERIODIC/MIN. FINANCE CHARGE | TOTAL FINANCE CHARGE | NOMINAL ANNUAL PERCENTAGE RATE | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|---|---|
| Cash | 0.05014% | $0.00 | $0.00 | $0.00 | 18.30% | 0.00% |
| Purchases | 0.02438% | $2,943.09 | $21.53 | $21.53 | 8.90% | 8.90% |

* Please see reverse side for balance computation method and other important information

Questions about your account? Credit Card lost or stolen? Call Chase Customer Service 24 hours a Day, 7 days a week, toll-free, at 1-800-934-0601
or write PO BOX 15902, WILMINGTON, DE 19850-9800. Para Servicio al Cliente en Español 1-800-545-0464.

Page 1 of

EXHIBIT A

ACCOUNT NUMBER: 5491 0401 7003 4699

| PAYMENT DUE DATE | NEW BALANCE | MINIMUM DUE |
|---|---|---|
| 05/10/2005 | $7,701.59 | $1,232.00 |

# Facsimile Copy

LAWANDA WILLIAMS
C/O WILLIAM C ROWE- ATTY
5157 BLUEBONNETT BLVD
BATON ROUGE LA 70809-

## CHASE

Chase Platinum MasterCard
ACCOUNT NUMBER: 5491 0401 7003 4699

| NEW BALANCE | PAYMENT DUE DATE | TOTAL CREDIT LINE | TOTAL AVAILABLE CREDIT | STATEMENT CLOSING DATE |
|---|---|---|---|---|
| $7,701.59 | 05/10/2005 | $8,700 | $0.00 | 04/15/2005 |

**Here is your Account Summary:**

| | TOTAL |
|---|---|
| Previous Balance | $7,410.50 |
| (-) Payments, Credits | 0.00 |
| (+) Purchases, Cash, Debits | 124.00 |
| (=) FINANCE CHARGES | 167.09 |
| (=) New Balance | 7,701.59 |
| Minimum Due | 168.00 |
| Past Due - Pay Immediately | 1,064.00 |
| Minimum Payment Due | $1,232.00 |

**Here are your Charges and Credits at a glance:**

| TRAN DATE | POST DATE | REF NO | DESCRIPTION OF TRANSACTIONS | CREDITS | CHARGES |
|---|---|---|---|---|---|
| 03/18 | 03/18 | C100 | STATEMENT REQUEST FEE | | 10.00 |
| 03/18 | 03/18 | C100 | STATEMENT REQUEST FEE | | 75.00 |
| | | | LATE CHARGE - MIN PYMT NOT RECD BY DATE | | 39.00 |
| | | | Total of your credits and charges | 0.00 | 124.00 |

**Here's how we determined your Finance Charge*:**   Days in Billing Cycle: 29

| | DAILY PERIODIC RATE | AVERAGE DAILY BALANCE | PERIODIC/MIN FINANCE CHARGE | TOTAL FINANCE CHARGE | NOMINAL ANNUAL PERCENTAGE RATE | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|---|---|
| Cash | 0.07600% | $0.00 | $0.00 | $0.00 | 27.74% | 0.00% |
| Purchases | 0.07600% | $7,561.18 | $167.09 | $167.09 | 27.74% | 27.74% |

* Please see reverse side for balance computation method and other important information

Questions about your account? Credit Card lost or stolen? Call Chase Customer Service 24 hours a Day, 7 days a week, toll-free, at 1-800-334-3942 or write P.O. BOX 94017, Palatine, IL 60094-4017. Para Servicio al Cliente en Español.   1-800-545-0464.

Page 1 of 1

HTTPS://INSTANTIMAGE.BANKONE.NET/STAR/JSP/PRINTDIRECTLY.JSP        11/8/2006

ACCOUNT NUMBER: 5491 0401 7003 4699

| PAYMENT DUE DATE | NEW BALANCE | MINIMUM DUE |
|---|---|---|
| 12/10/2004 | $6,633.06 | $425.00 |

# Facsimile Copy

LAWANDA WILLIAMS
11006 LANDFAIR AVE
BATON ROUGE LA 70818-6725

## CHASE

Chase Platinum MasterCard®
ACCOUNT NUMBER: 5491 0401 7003 4699

| NEW BALANCE | PAYMENT DUE DATE | TOTAL CREDIT LINE | TOTAL AVAILABLE CREDIT | STATEMENT CLOSING DATE |
|---|---|---|---|---|
| $6,633.06 | 12/10/2004 | $6,700 | $0.00 | 11/15/2004 |

### Here is your Account Summary:

| | TOTAL |
|---|---|
| Previous Balance | $6,449.81 |
| (-) Payments, Credits | 0.00 |
| (+) Purchases, Cash, Debits | 35.00 |
| (+) FINANCE CHARGES | 148.25 |
| (=) New Balance | 6,633.06 |
| Minimum Due | 149.00 |
| Past Due - Pay Immediately | 276.00 |
| Minimum Payment Due | $425.00 |

### Here are your Charges and Credits at a glance:

| TRAN DATE | POST DATE | REF. NO | DESCRIPTION OF TRANSACTIONS | CREDITS | CHARGES |
|---|---|---|---|---|---|
| | | | LATE CHARGE - MIN PYMT NOT RECD BY DATE | | 35.00 |
| | | | Total of your credits and charges | 0.00 | 35.00 |

YOU ARE TWO PAYMENTS PAST DUE. FAILURE TO
PAY PROMPTLY COULD SERIOUSLY DAMAGE YOUR CREDIT
RATING. IF YOU'VE ALREADY PAID-THANK YOU.

### Here's how we determined your Finance Charge*:    Days in Billing Cycle: 31

| | DAILY PERIODIC RATE | AVERAGE DAILY BALANCE | PERIODIC/MIN. FINANCE CHARGE | TOTAL FINANCE CHARGE | NOMINAL ANNUAL PERCENTAGE RATE | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|---|---|
| Cash | 0.07326% | $0.00 | $0.00 | $0.00 | 26.74% | 0.00% |
| Purchases | 0.07326% | $6,527.97 | $148.25 | $148.25 | 26.74% | 26.74% |

* Please see reverse side for balance computation method and other important information.

Questions about your account? Credit Card lost or stolen? Call Chase Customer Service 24 hours a Day, 7 days a week, toll-free, at 1-800-334-3942
or write P.O. BOX 15583, Wilmington, DE 19886-1184. Para Servicio al Cliente en Español 1-800-545-0464.

Page 1 of 1

**ACCOUNT NUMBER: 5491 0401 7003 4699**

| PAYMENT DUE DATE | NEW BALANCE | MINIMUM DUE |
|---|---|---|
| 01/11/2002 | $2,692.84 | $53.00 |

# Facsimile Copy

LAWANDA WILLIAMS
8120A HENDRICK DR
BATON ROUGE LA 70817-5743

### CHASE

Chase Platinum MasterCard®
ACCOUNT NUMBER: 5491 0401 7003 4699

| NEW BALANCE | PAYMENT DUE DATE | TOTAL CREDIT LINE | TOTAL AVAILABLE CREDIT | STATEMENT CLOSING DATE |
|---|---|---|---|---|
| $2,692.84 | 01/11/2002 | $8,200 | $5,507 | 12/17/2001 |

**Here is your Account Summary:**

| | TOTAL |
|---|---|
| Previous Balance | $2,726.73 |
| (-) Payments, Credits | 55.00 |
| (+) Purchases, Cash, Debits | 0.00 |
| (+) FINANCE CHARGES | 21.11 |
| (=) New Balance | 2,692.84 |
| Minimum Payment Due | $53.00 |

**Here are your Charges and Credits at a glance:**

| TRAN DATE | POST DATE | REF. NO. | DESCRIPTION OF TRANSACTIONS | CREDITS | CHARGES |
|---|---|---|---|---|---|
| 11/30 | 11/30 | GSE4 | PAYMENT THANK YOU | 55.00 | |
| | | | Total of your credits and charges | 55.00 | 0.00 |

IMPORTANT MESSAGE ABOUT AN IMMEDIATE PHONE PAYMENT FEE. WE MAY
IN OUR DISCRETION PERMIT YOU TO MAKE PAYMENTS BY AUTHORIZING US
ON YOUR BEHALF TO TRANSFER FUNDS FROM A DEPOSIT OR OTHER ACCOUNT
TO YOUR ACCOUNT. FOR EACH SUCH PAYMENT, YOU WILL BE CHARGED AN
IMMEDIATE PHONE PAYMENT PROCESSING FEE OF $12.

**Here's how we determined your Finance Charge\*:**   Days in Billing Cycle: 32

| | DAILY PERIODIC RATE | AVERAGE DAILY BALANCE | PERIODIC/MIN. FINANCE CHARGE | TOTAL FINANCE CHARGE | NOMINAL ANNUAL PERCENTAGE RATE | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|---|---|
| Cash | 0.04534% | $0.00 | $0.00 | $0.00 | 16.55% | 0.00% |
| Purchases | 0.02438% | $2,706.05 | $21.11 | $21.11 | 8.90% | 8.90% |

\* Please see reverse side for balance computation method and other important information.

Questions about your account? Credit Card lost or stolen? Call Chase Customer Service 24 hours a Day, 7 days a week, toll-free, at 1-800-334-0601
or write PO BOX 15902, WILMINGTON, DE 19850-5900. Para Servicio al Cliente en Español-800-545-0464.

Page 1 of 1

CACH LLC

VERSUS

LAWANDA WILLIAMS a/k/a
LAWANDA ANN VALENTINE

SUIT NO.: 113,830   DIV.: F

21ST JUDICIAL DISTRICT COURT

PARISH OF LIVINGSTON

STATE OF LOUISIANA

### MOTION FOR EXTENSION OF TIME

**NOW INTO COURT**, through undersigned counsel, comes, defendant herein, Lawanda Williams a/k/a Lawanda Ann Valentine, and with respect moves for an extension of time in which to file responsive pleadings in the above captioned matter on the following grounds:

1.

Counsel for defendant, Lawanda Williams a/k/a Lawanda Ann Valentine, has been unable to obtain information that would provide adequate responses to the allegations of fact contained in the original petition.

2.

Thirty additional days from this date is needed to get the described information.

BY ATTORNEYS:

ROWE LAW FIRM
(A Limited Liability Company)
5157 Bluebonnet Blvd.
Baton Rouge, LA 70809
Telephone: (225) 293-8787
Facsimile: (225) 293-7668

By: _____
William C. Rowe, Jr. #18415
Adras Paul LaBorde, III #21580
Sherri A. Young #26758
David M. Lefeve #20920

### O R D E R

**THE FOREGOING CONSIDERED;**

**IT IS ORDERED** that defendant, Lawanda Williams a/k/a Lawanda Ann Valentine, be granted an extension of time of thirty (30) days, or until the 12th day of March, 2006, in which to file responsive pleadings.

**DATED**, this 30th day of Nov., 2006, at Livingston, Louisiana.

_____
Judge, 21st Judicial District Court

- 1 -

**CERTIFICATE**

I hereby certify that a true and correct copy of the above and foregoing has this day been

served, by United States Mail, postage prepaid, to the following:

Mr. D. Michael Dendy
Mr. Louis L. Lusco, II
P. O. Box 740369
New Orleans, LA 70174

Baton Rouge, Louisiana, this 21st day of November, 2006.

William C. Rowe, Jr.

RECEIVED

FEB 2 8 2007

U. S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

DEPUTY CLERK

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CACH, LLC

VERSUS

LAWANDA WILLIAMS a/k/a
LAWANDA ANN VALENTINE

CIVIL ACTION NO:

SECTION: *07-CV-147-JJB-CN*

MAGISTRATE/JUDGE:

---

## CERTIFICATE

---

Brandon K. Black, counsel for third party defendant, Chase Manhattan Bank, USA, N.A.,

now known as J.P. Morgan Chase Bank, N.A., being duly sworn, says that upon the filing herein

of the Notice of Removal to the United States District Court for the Middle District of Louisiana,

he, on the 28 day of February, 2007, gave written notice thereof to the other parties by placing a

true copy of the Notice in the United States Mail, postage prepaid, to the attorney of record for

the plaintiff, Cach, LLC, and the attorney of record for the defendant, Lawanda Williams, and

that on this same day a copy of said Notice of Removal was hand delivered to the Clerk of Court

for the 21st Judicial District Court for the Parish of Livingston, State of Louisiana, where said

action was originally pending.

Baton Rouge, Louisiana this 28 day of February, 2007.

Brandon K. Black

**SWORN TO AND SUBSCRIBED** before me, this 28 day of February, 2007.

Notary Public

**Amelia K. Smith**
Notary Public
Parish of East Baton Rouge
State of Louisiana
My Commission is for Life
LA. Bar Roll No. 30300

{B0428585.1}

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CACH, LLC                                          CIVIL ACTION NO:

VERSUS                                             SECTION:

LAWANDA WILLIAMS a/k/a                             MAGISTRATE/JUDGE:
LAWANDA ANN VALENTINE

---

### NOTICE OF REMOVAL

---

TO:   Mr. D. Michael Dendy
      P.O. Box 740369
      New Orleans, Louisiana 70174

      William C. Rowe, Jr.
      Rowe Law Firm
      5157 Bluebonnet Boulevard
      Baton Rouge, Louisiana 70809

**PLEASE TAKE NOTICE** that Chase Manhattan Bank, USA, N.A., now known as J.P.

Morgan Chase Bank, N.A., has on this date removed the captioned case to the United States

District Court for the Middle District of Louisiana.  A copy of the Notice of Removal is attached.

You are hereby further notified that a copy of the Notice of Removal was delivered to the 21st

Judicial District Court for the Parish of Livingston, where this case was pending.

This notice is given to you in compliance with 28 U.S.C. § 1446(d).

Baton Rouge, Louisiana, this 28 day of February, 2007.

                              By Attorneys:

                              Brandon K. Black (La. Bar No. 24298)
                              Heather N. Sharp (La. Bar No. 29987)

{B0428580.1}

**Jones, Walker, Waechter, Poitevent,**
**Carrère & Denègre, L.L.P.**
8555 United Plaza Boulevard
Baton Rouge, Louisiana 70809
Telephone: (225) 248-2128
Facsimile: (225) 248-3128

## CERTIFICATE

I hereby certify that a true and correct copy of the foregoing notice has been served upon

the following by First Class United States Mail, properly addressed and postage prepaid, this 28

day of February, 2007:

Mr. D. Michael Dendy
P.O. Box 740369
New Orleans, Louisiana 70174

William C. Rowe, Jr.
Rowe Law Firm
5157 Bluebonnet Boulevard
Baton Rouge, Louisiana 70809

Brandon K. Black

{B0428580.1}

21ST JUDICIAL DISTRICT COURT FOR THE PARISH OF LIVINGSTON

STATE OF LOUISIANA

NO.: 113830                                                    DIV. "F"

CACH, LLC

VERSUS

LAWANDA WILLIAMS a/k/a LAWANDA ANN VALENTINE

FILED: _____          _____
                                          DEPUTY CLERK

---

**NOTICE OF FILING NOTICE OF REMOVAL**

---

TO:    Honorable Elizabeth Wolfe
       20180 Iowa Street
       Livingston, Louisiana 70754

       Please take notice that Chase Manhattan Bank, USA, N.A., now known as J.P. Morgan

Chase Bank, N.A., has on this date removed the captioned case to the United States District

Court for the Middle District of Louisiana.  A copy of the Notice of Removal is attached to this

Notice.

       Signed this 28 day of February, 2007.

                                          By Attorneys:

                                          Brandon K. Black (La. Bar No. 24298)
                                          Heather N. Sharp (La. Bar No. 29987)
                                          **Jones, Walker, Waechter, Poitevent,**
                                          **Carrère & Denègre, L.L.P.**
                                          8555 United Plaza Boulevard
                                          Baton Rouge, Louisiana 70809
                                          Telephone: (225) 248-2128
                                          Facsimile: (225) 248-3128

{B0428567 1}

## CERTIFICATE

I hereby certify that a true and correct copy of the foregoing notice has been served upon

the following by First Class United States Mail, properly addressed and postage prepaid, this 2ᵗʰ

day of February, 2007:

Mr. D. Michael Dendy
P.O. Box 740369
New Orleans, Louisiana 70174

William C. Rowe, Jr.
Rowe Law Firm
5157 Bluebonnet Boulevard
Baton Rouge, Louisiana 70809

_____
                Brandon K. Black

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Cach, LLC

## DEFENDANTS
SEE ATTACHMENT

(b) County of Residence of First Listed Plaintiff    Denver, Colorado
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant    Livingston, Louisiana
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
D. Michael Dendy, P. O. Box 740369, New Orleans, LA  70174

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff
☒ 3  Federal Question (U.S. Government Not a Party)
☐ 2  U.S. Government Defendant
☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☒ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
15 USC Section 1681
Brief description of cause:
SEE ATTACHMENT

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE
DOCKET NUMBER

DATE  2/26/07
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #_____  AMOUNT_____  APPLYING IFP_____  JUDGE_____  MAG. JUDGE_____

ATTACHMENT TO CIVIL COVER SHEET

I.      PLAINTIFF

        Cach, LLC
                Parish:         Denver, Colorado

                Attorney:       D. Michael Dendy
                                P.O. Box 740369
                                New Orleans, Louisiana 70174

II.     DEFENDANT

        Williams, Lawanda
                Parish:         Livingston, Louisiana

                Attorney:       William C. Rowe, Jr.
                                Rowe Law Firm
                                5157 Bluebonnet Blvd.
                                Baton Rouge, LA  70809

III.    THIRD PARTY DEFENDANT

        Chase Manhattan Bank, USA, N.A., now known as J.P. Morgan Chase Bank, N.A.
                Attorney:       Brandon Black
                                Jones Walker
                                8555 United Plaza Blvd.
                                Baton Rouge, LA  70809

VI.     CAUSE OF ACTION

        Cach, LLC sued Lawanda Williams for collection of a debt.  Williams filed a third party
        claim against Chase Manhattan Bank, USA, N.A. for violations of state and federal law
        and for damaging her credit.

{B0428694.1}